JS - 6

Michael B. Eisenberg, Esq. #178308
Tuvia Korobkin, Esq. #268066
EISENBERG & ASSOCIATES
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
(213) 201-9331 - Telephone
(213) 382-4083 - Facsimile

Attorneys for Plaintiff,
MARTHA JENSEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| MARTHA JENSEN, | Case No. 5:12 CV-00563-DOC-SP |
| Plaintiff, | |
| vs. | ORDER RE: DISMISSAL OF ENTIRE ACTION |
| ADECCO USA, INC., a Delaware corporation; and DOES 1-100, inclusive, | |
| Defendants | |

It is hereby ordered that this entire matter is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear their respective fees and costs.

This court, however, will retain jurisdiction to enforce the terms of the settlement agreement, except as to any breach in the confidentiality provision.

IT IS SO ORDERED.

Dated: December 17, 2012

_David O. Carter_
Honorable David O. Carter
Senior U.S. District Court Judge

1.

Stipulation of Dismissal of Entire Action